July 14, 1978.

393 A.2d 1271

Ace Demolition, Inc. v. County of Allegheny, Appellant.

Argued April 18, 1978.

E. J. Strassburger, with him Alexander J. Jaffurs, County Sol., for appellant; Robert Cindrich, with him McVerry, Baxter, Cindrich, Loughren & Mansmann, for appellee.

Order affirmed.